# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2013

146478

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

SC: 146478
COA: 307758
St. Clair CC: 06-001700-FC

RAYMOND CURTIS CARP,
Defendant-Appellant.

_____/

On order of the Chief Justice, leave to appeal having been granted in this case, the time allowed for oral argument shall be 20 minutes for each side. MCR 7.315(B). We invite the State Appellate Defender Office to participate in oral argument by sharing time with counsel for the defendant.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2013



Clerk

h1105